

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT COURT OF FLORIDA

YUNIER ORTEGA,   CASE NO.: 14-CV-62190-Dimitrouleas/Snow
    Plaintiff
vs.

LAS BRISAS RESTAURANTE, LLC,
939 ENTERPRISES, INC.,
ALBERTO GALAN, and
JOSE SEGUNDO MARTINEZ
    Defendant(s).
_____/

### DEFENDANT(S) LAS BRISAS RESTAURANTE, LLC AND JOSE SEGUNDO MARTINEZ MOTION TO SET ASIDE DEFAULT JUDGMENT

COMES NOW the Defendant(s) **Las Brisas Restaurante, LLC and Jose Segundo Martinez**, acting in a pro se capacity, and moves the Court for the entry of an Order to set aside the Default Judgment entered against them and as grounds would offer the following:

1) I was served with the Plaintiff's Complaint on October 17th, 2014.
2) I am the registered agent of Las Brisas Restaurante, LLC.
3) A Default Judgment was entered in this case on January 20th, 2015.
4) My failure to file a response within twenty-one (21) days was not done in bad faith, but rather a result of my lack of knowledge of the legal process and my inability to afford to hire an attorney to represent myself and the business.
5) I request that the default judgment be set aside so that I may have my answer filed by the Court and may defend myself in this action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via email and via U.S. Mail on February 4th, 2015 to the Attorney for the Plaintiff, Brian H. Pollock, Esq., FairLaw Firm, 8603 S. Dixie Highway, Suite#408, Miami, FL. 33143, brian@fairlawattorney.com

Respectfully Submitted,

*Jose Martinez* (signature)

Jose Segundo Martinez
600 N. Surf Road, Unit 8 & 9
Hollywood, FL. 33019
Tel. (954) 923-1500