UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62190-CIV-DIMITROULEAS

YUNIER ORTEGA,

    Plaintiff,

vs.

LAS BRISAS RESTAURANTE, LLC,
939 ENTERPRISES, INC.,
ALBERTO GALAN, and
JOSE SEGUNDO MARTINEZ,

    Defendants.
_____/

## ORDER GRANTING MOTION TO SET ASIDE DEFAULT JUDGMENT

THIS CAUSE is before the Court on Defendant(s) Las Brisas Restaurante, LLC and Jose Segundo Martinez Motion to Set Aside Default Judgment [DE 19], filed herein on February 11, 2015. The Court has carefully reviewed the Motion [DE 19], the Response [DE 23], the record, and is otherwise fully advised in the premises.

Defaults are disfavored. There is a longstanding preference in federal courts that litigation disputes be resolved on their merits. *Fla. Physician's Ins. Co. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993). "Whether a default judgment should be set aside is left to the discretion of the court." *Weingarten v. Campagna*, 178 B.R. 283, 284 (M.D. Fla. 1995), aff'd, 86 F.3d 1169 (11th Cir. 1996). Plaintiff states that the failure to timely reply "was not done in bad faith, but rather a result of [his] lack of knowledge of the legal process and [his] inability to afford to hire an attorney." [DE 19 ¶ 4]. The Court finds that it is appropriate to set aside the default judgment as to Jose Segundo Martinez, in order to provide him the opportunity to defend this action on the merits.

1

With respect to Las Brisas Restaurante, LLC, the Court must deny the Motion. Artificial entities like corporations and limited liability companies cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *Nat'l Independent Theater Exhibitors, Inc. v. Buena Vista Distrib. Co*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied*, 471 U.S. 1056 (1985). *Pro se* Defendant Martinez's Motion is ineffective as to the Las Brisas Restaurante, LLC, which may only be heard in this Court through counsel.[1]

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED in part** and **DENIED in part** as follows:

1. The Amended Final Default Judgment [DE 14] is **SET ASIDE** as to Defendant Jose Segundo Martinez only;
2. The parties are expected to appear at Calendar Call, scheduled for March 27, 2015 at 10:00 AM.[2]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of March 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The Court has brought this legal requirement to Martinez's attention before. *See* [DE 22 ¶ 2] ("[I]f corporate Defendant Las Brisas Restaurante, LLC wishes to participate in this action in any way, it must retain a lawyer to file an appearance in the record on its behalf expediently.").

[2] If Defendant Martinez requires the services of an interpreter, he should appear at Calendar Call and trial with one. Plaintiff should be prepared to argue whose responsibility it is to pay for an interpreter, if Defendant is indigent.

Copies furnished to:

Counsel of record

Las Brisas Restaurante, LLC and Jose Segundo Martinez
600 N. Surf Road, Units 8 & 9
Hollywood, FL 33019